IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINAS BELK AND ANNIE BELK,<br><br>       Plaintiff,<br><br>  vs.<br><br>BUCYRUS INTERNATIONAL, INC., et al..<br><br>       Defendant.<br>_____ / | No. C-08-3317 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated: August 7, 2008

                                                MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge