ALAN R. BRAYTON, ESQ., S.B. #73685
LLOYD F. LEROY, ESQ., S.B. #203502
DAVID W. FERMINO, ESQ., S.B. #154131
BRAYTON✣PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINAS BELK and ANNIE BELK,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BUCYRUS INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | No. C-08-03317 MEJ<br><br>DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO<br><br>Date:　September 11, 2008<br>Time:　10:00 am<br>Dept:　B, 15th Floor |

I, DAVID W. FERMINO, declare:

　　1. I am an attorney at law duly licensed to practice before the courts of the State of California and am a member of the firm of Brayton✣Purcell LLP, attorneys of record for plaintiff herein. I have personal knowledge of the following facts and, if called upon to do so, could and would competently testify thereto.

　　2. Plaintiff Finas Belk filed his complaint in the California Superior Court, County of San Francisco on May 30, 2008. *See Exhibit A to Notice of Removal.*

　　3. Plaintiff's complaint alleged exposure to asbestos and asbestos containing products and specified both the time periods of exposure as well as the location. Virtually all exposure was alleged to take place at severfal locations while plaintiff was employed as an aircraft mechanic in the United States Airforce from 1957-1976.

K:\Injured\109534\Fed-Dec-dwf-Remand.wpd　　　　1
DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO

1   4. Defendant United Technologies Corporation filed its Notice of Removal on July 8, 2008.

2   5. In support of its Notice, defendant filed the Declarations of Allan J. Shiffler and William P. Ringo.

3   6. Defendant did not submit any non-testimonial evidence. Defendant provided no military specifications, regulations or other exhibits.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August, 2008 at Novato, California.

*[signature]*
DAVID W. FERMINO