ALAN R. BRAYTON, ESQ., S.B. #73685
LLOYD F. LEROY, ESQ., S.B. #203502
DAVID W. FERMINO, ESQ., S.B. #154131
BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINAS BELK and ANNIE BELK,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BUCYRUS INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | No. C08-03317 MEJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND<br><br>Date:　September 11, 2008<br>Time:　10:00 am<br>Dept:　B, 15th Floor |

　　　　Having considered the papers and arguments submitted in support and in opposition to Plaintiffs' Motion to Remand Case to the California Superior Court, County of San Francisco, and good cause appearing:

　　　　IT IS HEREBY ORDERED that the Motion is GRANTED and this case is REMANDED to the Superior Court of the State of California, County of San Francisco, Case No 274686.

　　　　The Clerk shall send a certified copy of this Order to the Clerk of the California Superior Court, and that Court may thereupon proceed with the case. Plaintiff's are awarded their costs and attorneys' fees pursuant to 28 U.S.C. section 1447(c).

///

K:\Injured\109534\Fed-prop-ord-Remand.wpd　　　　1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

1  **IT IS SO ORDERED.**
2
3  Dated: _____
                                                    UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

K:\Injured\J09534\Fed-prop-ord-Remand.wpd                 2
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND