1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  DAVID W. FERMINO, ESQ., S.B. #154131
   BRAYTON❖PURCELL LLP
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 FINAS BELK and ANNIE BELK,            )   No. C08-03317 MEJ
                                         )
12         Plaintiffs,                   )   PROOF OF SERVICE: BY MAIL
                                         )
13 vs.                                   )
                                         )
14 BUCYRUS INTERNATIONAL, INC., et       )   Date:  September 11, 2008
   al.,                                  )   Time:  10:00 am
15                                       )   Dept:  B, 15th Floor
           Defendants.                   )
16 _____ /

17

18

19

20

21

22

23

24

25

26

27

28

K:\Injured\109534\Fed-prop-ord-Remand.wpd           1
PROOF OF SERVICE: BY MAIL

# PROOF OF SERVICE

**FINAS BELK, et al. v. Bucyrus International, Inc. et al.**
**USDC NO. C08-03317 MEJ**

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On August 7, 2008, I served the attached:

**NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT, TO STRIKE DECLARATIONS OF ALAN J. SHIFFLER AND DR. WILLIAM P. RINGO, AND FOR PAYMENT OF FEES AND COSTS; MEMORANDUM OF POINTS OF AUTHORITIES**

**DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO**

**[PROPOSED] ORDER GRANTING PLAINTFFS' MOTION TO REMAND**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | | |
|---|---|---|
| **Bassi, Martini, Edlin & Blum**<br>351 California Street, Suite 200<br>San Francisco, CA 94104<br>415-397-9006   415-397-1339 (fax)<br>Defendants:<br>  J.T. Thorpe & Son, Inc. (THORPE)<br>  Parker-Hannifin Corporation<br>  (PARKHF) | **Berry & Berry**<br>P.O. Box 16070<br>2930 Lakeshore Avenue<br>Oakland, CA 94610<br>510-835-8330   510-835-5117 (fax)<br>Defendants:<br>  Berry & Berry (B&B) | **Filice, Brown, Eassa & McLeod LLP**<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612-0850<br>510-444-3131   510-839-7940 (fax)<br>Defendants:<br>  Ford Motor Company (FORD)<br>  General Motors Corporation (GM) |
| **Law Offices of Glaspy & Glaspy**<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>925-947-1300   925-947-1594 (fax)<br>Defendants:<br>  Garlock Sealing Technologies, LLC<br>  (GARLCK) | **McKenna Long & Aldridge**<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111<br>415-267-4000   415-267-4198 (fax)<br>Defendants:<br>  Plant Insulation Company<br>  (PLANT) | **Perkins Coie LLP**<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>415-344-7000   415-344-7288 (fax)<br>Defendants:<br>  Honeywell International, Inc.<br>  (HONEYW) |
| **Perkins Coie LLP**<br>1620 - 26th Street<br>6th Floor<br>Santa Monica, CA 90404<br>310-788-9900   310-843-1284 (fax)<br>Defendants:<br>  Boeing Company, The (BOEING) | **Sedgwick, Detert, Moran & Arnold**<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>415-781-7900   415-781-2635 (fax)<br>Defendants:<br>  General Electric Company (GE) | **Tucker Ellis & West LLP**<br>515 South Flower Street<br>Forty Second Floor<br>Los Angeles, CA 90071-2223<br>213-430-3400   213-430-3409 (fax)<br>Defendants:<br>  United Technologies Corporation<br>  (UNTECH) |

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

| | | |
|---|---|---|
| 1 | | |
| 2 | **Tucker Ellis & West LLP**<br>135 Main Street, Suite 700 | **Walsworth, Franklin, Bevins &**<br>**McCall** |
| 3 | San Francisco, CA 94105<br>415-617-2400   415-617-2409 (fax) | 601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 |
| | **Defendants:** | 415-781-7072   415-391-6258 (fax) |
| 4 | United Technologies Corporation | **Defendants:** |
| | (UNTECH) | Quintec Industries, Inc. (QUINTC) |

   XXX  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

   Executed this **August 7, 2008** at Novato, California.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

G:\POS\MULTIP.WPD                              2