1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  DAVID W. FERMINO, ESQ., S.B. #154131
   BRAYTON❖PURCELL LLP
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

7

8  IN THE UNITED STATES DISTRICT COURT

9  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  FINAS BELK and ANNIE BELK, | No. C-08-03317 VRW |
| 12  Plaintiffs, | DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO |
| 13  vs. | |
| 14  BUCYRUS INTERNATIONAL, INC., et al., | |
| 15  | |
| 16  Defendants. | Date: September 18, 2008<br>Time: 2:30 pm<br>Dept: 6, 17th Floor |

17

18      I, DAVID W. FERMINO, declare:

19      1. I am an attorney at law duly licensed to practice before the courts of the State of

20  California and am a member of the firm of Brayton❖Purcell LLP, attorneys of record for

21  plaintiff herein. I have personal knowledge of the following facts and, if called upon to do so,

22  could and would competently testify thereto.

23      2. Plaintiff Finas Belk filed his complaint in the California Superior Court, County of

24  San Francisco on May 30, 2008. *See Exhibit A to Notice of Removal.*

25      3. Plaintiff's complaint alleged exposure to asbestos and asbestos containing products

26  and specified both the time periods of exposure as well as the location. Virtually all exposure

27  was alleged to take place at severfal locations while plaintiff was employed as an aircraft

28  mechanic in the United States Airforce from 1957-1976.

---
K:\Injured\109534\Fed-Dec-dwf-Remand2.wpd         1
DECLARATION OF DAVID W. FERMINO IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR
COURT FOR THE COUNTY OF SAN FRANCISCO

1      4. Defendant United Technologies Corporation filed its Notice of Removal on
2  July 8, 2008.
3      5. In support of its Notice, defendant filed the Declarations of Allan J. Shiffler and
4  William P. Ringo.
5      6. Defendant did not submit any non-testimonial evidence. Defendant provided no
6  military specifications, regulations or other exhibits.
7      I declare under penalty of perjury that the foregoing is true and correct. Executed
8  this 11th day of August, 2008 at Novato, California.

_____
DAVID W. FERMINO