1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  DAVID W. FERMINO, ESQ., S.B. #154131
   BRAYTON❖PURCELL LLP
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California  94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  FINAS BELK and ANNIE BELK,         )    No. C08-03317 VRW
                                       )
12              Plaintiffs,            )    [PROPOSED] ORDER GRANTING
                                       )    PLAINTIFFS' MOTION TO REMAND
13  vs.                                )
                                       )
14  BUCYRUS INTERNATIONAL, INC., et    )    Date:   September 18, 2008
    al.,                               )    Time:   2:30 pm
15                                     )    Dept:   6, 17th Floor
                Defendants.            )
16  _____/

17

18

19        Having considered the papers and arguments submitted in support and in opposition to

20  Plaintiffs' Motion to Remand Case to the California Superior Court, County of San Francisco,

21  and good cause appearing:

22        IT IS HEREBY ORDERED that the Motion is GRANTED and this case is

23  REMANDED to the Superior Court of the State of California, County of San Francisco, Case

24  No 274686.

25        The Clerk shall send a certified copy of this Order to the Clerk of the California

26  Superior Court, and that Court may thereupon proceed with the case.  Plaintiff's are awarded

27  their costs and attorneys' fees pursuant to 28 U.S.C. section 1447(c).

28  ///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
415-898-1555

1  **IT IS SO ORDERED.**

3  Dated: _____

                                              UNITED STATES DISTRICT JUDGE