| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
|  | CURTISS L. ISLER STATE BAR NO. 146903 |
| 2 | 515 South Flower Street |
|  | Forty Second Floor |
| 3 | Los Angeles, CA 90071-2223 |
|  | Telephone: 213.430.3400 |
| 4 | Facsimile: 213.430.3409 |
|  | Email: curt.isler@tuckerellis.com |
| 5 |  |
|  | TUCKER ELLIS & WEST LLP |
| 6 | LANCE D. WILSON STATE BAR NO. 183852 |
|  | 135 Main Street, Suite 700 |
| 7 | San Francisco, California 94105 |
|  | Telephone: (415) 617-2400 |
| 8 | Facsimile: (415) 617-2409 |
|  | Email: lance.wilson@tuckerellis.com |
| 9 |  |
|  | Attorneys for Defendant |
| 10 | UNITED TECHNOLOGIES CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINAS BELK and ANNIE BELK, | Case No. **C 08-03317 VRW** |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT UNITED TECHNOLOGIES CORPORATION'S OPPOSITION TO MOTION TO REMAND** |
| v. |  |
| BUCYRUS INTERNATIONAL, INC., et al |  |
| Defendants. | Date: September 18, 2008 |
|  | Time: 2:30 p.m. |
|  | Dept.: 6, 17th Floor |

United Technologies Corporation ("UTC") hereby submits a Request for Judicial Notice through application of Federal Rule of Evidence 201.

    1.    That the affidavit of Affidavit of Admiral Ben J. Lehman, which is attached to the Declaration of Lance Wilson is a true and correct copy of the same affidavit submitted in the case of <u>Machnik v. Buffalo Pumps</u>, 506 F.Supp.2d 99, 103-104 (D.Conn.2007).

1      2.    That the Department of Defense Directive Number 5230.25, dated November 6, 1984, incorporating change 1, August 18, 1995, is attached to the Declaration of Lance Wilson as Exhibit B.

DATED:  August 28, 2008            TUCKER ELLIS & WEST LLP

By: _____
Lance Wilson
Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

---

2
REQUEST FOR JUDICIAL NOTICE
CASE NO. C 08-03317 VRW

SFOiManage/074908/000541/160213/1
074908.000541.160482.1