TUCKER ELLIS & WEST LLP
CURTISS L. ISLER STATE BAR NO. 146903
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
Email: curt.isler@tuckerellis.com

TUCKER ELLIS & WEST LLP
LANCE D. WILSON STATE BAR NO. 183852
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
Email: lance.wilson@tuckerellis.com

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT OF COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINAS BELK and ANNIE BELK, <br><br> Plaintiffs, <br><br> v. <br><br> BUCYRUS INTERNATIONAL, INC., et al <br><br> Defendants. | Case No. **C 08-03317 VRW** <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND** <br><br> Date: September 18, 2008 <br> Time: 2:30 p.m. <br> Dept.: 6, 17th Floor |

Having considered the papers and arguments submitted in support, in opposition and in reply to Plaintiffs' Motion to Remand Case to the California Superior Court, County of San Francisco, and good cause appearing:

1
2
3
4

      IT IS HEREBY ORDERED that the Motion is DENIED and this case remains venued in the United States District Court for the Northern District of California.  Plaintiff's request for attorneys' fees and costs pursuant to 28 U.S.C. section 1447(c) is DENIED.

5
6

Dated: _____                     _____

                                                                                            UNITED STATES DISTRICT

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SFOiManage/074908/000541/160483/1