IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINAS BELK, et al., | No. C-08-3317 MMC |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| BUCYRUS INTERNATIONAL, INC., et al., | |
| Defendants.       / | |

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

    Any pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: September 22, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge