**United States District Court**
For the Northern District of California

1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11   FINAS BELK, et al.,

12        Plaintiffs,                    No. C 08-3317 PJH

13        v.                             **ORDER STAYING CASE**

14   BUCYRUS INTERNATIONAL, INC.,
     et al.,
15

16        Defendant.
     _____/

17        The above-entitled action is STAYED pending a determination by the Judicial Panel

18   on Multi-District Litigation regarding whether transfer will be finalized or declined.

19        The date for plaintiffs' motion to remand, previously set for October 29, 2008, is

20   VACATED.

21

22   **IT IS SO ORDERED.**

23   Dated:  October 27, 2008

24                                       _____
                                         PHYLLIS J. HAMILTON
25                                       United States District Judge

26

27

28