1    TUCKER ELLIS & WEST LLP
     CURTISS L. ISLER STATE BAR NO. 146903
2    515 South Flower Street
     Forty Second Floor
3    Los Angeles, CA  90071-2223
     Telephone:  213.430.3400
4    Facsimile:  213.430.3409
     Email: curt.isler@tuckerellis.com
5
     TUCKER ELLIS & WEST LLP
6    LANCE D. WILSON STATE BAR NO. 183852
     135 Main Street, Suite 700
7    San Francisco, California 94105
     Telephone:  (415) 617-2400
8    Facsimile:  (415) 617-2409
     Email: lance.wilson@tuckerellis.com
9
     Attorneys for Defendant
10   UNITED TECHNOLOGIES CORPORATION

11

12                  **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14

15   FINAS BELK and ANNIE BELK,              Case No. **C 08-03317 PH**

16              Plaintiffs,                  **JOINT STIPULATION TO DISMISS
                                             DEFENDANT UNITED TECHNOLOGIES**
17         v.                               **CORPORATION AND TO REMAND
                                             ACTION TO STATE COURT** AND ORDER
18   BUCYRUS INTERNATIONAL, INC., et al
                                             **[Local Rules 7-1 and 7-12; FRCP 41]**
19              Defendants.

20        Come now Plaintiffs FINAS BELK and ANNIE BELK ("Plaintiffs") and Defendant

21   UNITED TECHNOLOGIES CORPORATION ("UTC"), who file the following joint stipulation

22   pursuant to Local Rules 7-1 and 7-12:

23        WHEREAS, Defendant UTC removed this case to the United States District Court for the

24   Northern District of California on July 9, 2008, on the ground that the Court has "federal officer"

25   subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff's allegations

26   that his injury was caused by products designed and manufactured by UTC under the supervision

27   and control of the United States government;

28
                                         1
                                    STIPULATION
                               CASE NO.  C 08-03317 PH
     SFOiManage/074908/000541/160213/1
     074908.000541.161922.1

1   WHEREAS, Defendant UTC was the sole removing defendant and no other defendant

2   joined in removal or filed a separate notice of removal;

3   WHEREAS, Plaintiffs and Defendant UTC, the affected parties, have now reached a

4   resolution of Plaintiffs' claims against UTC;

5   WHEREAS, Defendant UTC's desire for a federal forum for this action is now moot

6   given the resolution of Plaintiffs' claims against it; and

7   WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant UTC seek to

8   have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,

9   Plaintiffs and Defendant UTC, that all claims against Defendant UTC shall be, and hereby are,

10  dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that

11  this action shall be, and hereby is, immediately remanded to the San Francisco County Superior

12  Court, the court in which it was originally filed and from which it was removed.

13  DATED:  October 3 o, 2008                    BRAYTON PURCELL

14

15

16                                        By: _____
                                              ʻRichard Grant
17                                            Attorneys for Plaintiffs
                                              FINAS BELK and ANNIE BELK
18

19  DATED:  October 3 o , 2008                   TUCKER ELLIS & WEST LLP

20

21

22                                        By: _____
                                              Lance Wilson
23                                            Attorneys for Defendant
                                              UNITED TECHNOLOGIES
24                                            CORPORATION

25

26

27

28
                               _____
                                              2
                                         STIPULATION
                                  CASE NO.  C 08-03317 PH
        SFOiManage/074908/000541/160213/1
        074908.000541.161922.1

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the

2   Superior Court of California, County of San Francisco, Case. No. 274686.  The Clerk shall send

3   a certified copy of this Order to the Clerk of the Court for the Superior Court of California,

4   County of San Francisco.

5   Dated: October __31__, 2008                    By: _____

6                                                        HONORABLE PHYLLIS J. HAMILTON

7                                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION
CASE NO.  C 08-03317 PH

SFOiManage/074908/000541/160213/1
074908.000541.161922.1

## PROOF OF SERVICE

**Finas Belk  v. Bucyrus International, Inc. et al.**
**USDC No. 3:08-cv-03317-PJH**

I am employed in the County of Marin, State of California.  I am over the age of 18 years and am not a party to the within action.  My business address is 222 Rush Landing Road, Novato, California  94948-6169.

On October 30, 2008, I served the attached:

**JOINT STIPULATION TO DISMISS DEFENDANT UNITED TECHNOLOGIES CORPORATION AND TO REMAND ACTION TO STATE COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| **UNITED TECHNOLOGIES CORP.** | **UNITED TECHNOLOGIES CORP.** |
| **Curtiss L. Isler** | Lillian C. Ma |
| TUCKER ELLIS & WEST LLP | Lance D. Wilson |
| 515 South Flower Street, 42nd Floor | Tucker Ellis & West LLP |
| Los Angeles, CA 90071-2223 | 135 Main Street, Suite 700 |
| (213) 430-3400 | San Francisco, CA 94105 |
| Fax: 213/430-3409 | 415-617-2231 |
| Email: Curt.Isler@tuckerellis.com | Fax: 415-617-2409 |
| | Email: lillian.ma@tuckerellis.com |

BERRY & BERRY
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610
(510) 835-8330

　　XXX  BY OFFICE MAILING:  I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business.  I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **October 30, 2008** at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

JANE A. EHNI

BRAYTON◆PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555